UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.                         CITATION / CASE NO. **3:10-mj-0008CMK**

vs.                     **ORDER TO PAY**

**Bryan W. Colgrove Jr.**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
         City       State       Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: **5-25-10**     *Bryan W. Colegrove Jr.*
                         DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: **Count 1**    FINE **$1,000.00**    ASGMT. **$10.00**
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____
CITATION / CASE NO: _____ FINE _____ ASGMT. _____

(X) **FINE TOTAL** of $ **1,000.00** and a penalty assessment of $ **10.00** ~~within~~ ~~days/months or~~ payments of $ **84.17** per month, commencing **immediately** and due on the **first** of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
(X) **PROBATION** to be unsupervised / ~~supervised~~ for: **12 months**

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~
~~P.O. Box 740026~~
~~Atlanta, GA 30374-0026~~
~~1-800-827-2982~~

CLERK, USDC
~~650 Capitol Mall, Rm 2546~~ **501 I Street**
Sacramento, CA 95814

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.
DATE: **5-25-10**       _____
                               U.S. MAGISTRATE JUDGE

Clerk's Office                                                      EDCA - 03 Rev 8/97